UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICE R. COLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>EMC MORTGAGE CORP. LLC,<br>　et al.,<br><br>　　　　Respondents. | Case No. MC 11-275 UA (AJWx)<br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

　　　8/16　　　, 2011

_____for_____

AUDREY B. COLLINS
United States District Judge